# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-640-917**

**Effective date of registration:**

May 25, 2012

## Title
**Title of Work:** Blood Money

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Ambrosia Pictures Pty Ltd
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** Australia          **Domiciled in:** Australia

## Copyright claimant
**Copyright Claimant:** Ambrosia Pictures Pty Ltd
C/- Oxley Partners Accountants Suite 106, Springetts Arcade, 302 Bong Bong Street, Bowral, 2576, Australia

## Certification
**Name:** Nathan Ross
**Date:** May 22, 2012